IN  E UNITED STATES DISTRICT CO  T
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 24 2002

Joseph Hart, Jr., & wife
Mary F. Hart
Plaintiff   Advocate pro se

\*

vs.

\*   Civil Action No. WMN-02-CV-4175

The Fisher Law Group (PLLC)

\*

Defendant

\*\*\*\*\*\*

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed *"in forma pauperis"*

(without prepayment of costs). In support of this motion, plaintiff attaches an affidavit.

Joseph Hart, Jr., & wife
Mary F. Hart Advocate pro se
Signature

Joseph Hart Jr.; wife Mary F. Hart
Name (Print or Type)

73 Upmanor Road
Address

Baltimore, MD 21229
City/State/Zip

410 945-3796
Phone No.                    Fax No.

Granted, this 29th day
of December, 2002.
[signature]
US District Judge

U.S. District Court (1/2001) -
Motion for Leave to Proceed "In Forma Pauperis"